NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PHILIP G. LISAGOR,**
*Petitioner,*

**v.**

**DEPARTMENT OF VETERANS AFFAIRS**
*Respondent.*

---

2011-3116

---

Petition for review of the Merit Systems Protection Board in No. SF4324100886-I-1.

---

**JUDGMENT**

---

THOMAS G. JARRARD, Law Office of Thomas G. Jarrard, PLLC, of Spokane, Washington, argued for petitioner.

JANE W. VANNEMAN, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were TONY WEST, Assistant Attorney General, JEANNE E. DAVIDSON, Director, and Franklin E. White, Jr., Assistant Director.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LINN, PROST, and WALLACH, *Circuit Judges*).
### AFFIRMED.  *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 13, 2012      /s/ Jan Horbaly
Date      Jan Horbaly
Clerk